BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
SEAN M. MAZOROL, DISTRICT OF COLUMBIA BAR NO. 90025737
DARCI W. CRANE, IDAHO STATE BAR NO. 8852
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

U.S. COURTS
SEP 10 2026
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FREDY AVILA GOMEZ,<br><br>Defendant. | Case No. 1:26-cr-00241-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 2<br>18 U.S.C. § 611<br>18 U.S.C. § 641<br>18 U.S.C. § 922<br>18 U.S.C. § 981(a)(1)(C), (6)(a)<br>18 U.S.C. § 982(a)<br>18 U.S.C. § 1015(f)<br>18 U.S.C. § 1028(a)(1), (b)<br>18 U.S.C. § 1343<br>18 U.S.C. § 1542<br>28 U.S.C. § 2461(c) |

The Grand Jury charges:

**GENERAL ALLEGATIONS**

At all times relevant to the Indictment:

1. The Defendant, FREDY AVILA GOMEZ, was a citizen and national of Mexico. GOMEZ was not a citizen or national of the United States.

2. GOMEZ resided in the District of Idaho.

3. The Idaho Medicaid program was a cooperative federal/state program funded predominantly with funds from the United States Government. The Centers for Medicaid & Medicare Services (CMS), a component of the United States Department of Health and Human Services (HHS), was responsible for Medicaid program administration at the federal level. The Idaho Department of Health and Welfare (IDHW) was responsible for administering Medicaid in Idaho. Generally, Medicaid helped to pay for reasonable and medically necessary services for qualifying individuals who were deemed eligible under state low-income programs.

**COUNTS ONE THROUGH THREE**
**Wire Fraud**
**18 U.S.C. § 1343**

4. The allegations set forth in paragraphs One through Three are re-alleged and incorporated as though fully set forth herein.

5. From a date unknown, but from at least in or about March 2017 until in or about June 2026, the Defendant, FREDY AVILA GOMEZ, knowingly devised, participated in, and intended to devise a scheme to defraud departments and agencies of the United States Government and State of Idaho; to wit, HHS, CMS, and IDHW, and other federal and state departments and agencies, as to material matters, and to obtain money and property; to wit, Medicaid, by means of materially false and fraudulent pretenses, representations, and promises.

***Manner and Means***

6. In order to further the objects and goals of the scheme, FREDY AVILA GOMEZ used the following manner and means, among others:

7. On March 13, 2017, August 15, 2019, and November 8, 2023, GOMEZ obtained Idaho state identification cards after completing a Credential Acknowledgement Form indicating

that he was a U.S. citizen and/or national. In 2019, GOMEZ also submitted a false and fraudulent California birth certificate indicating that he was born in Chula Vista, California in the 1970s to assist in obtaining the identification card.

8. On October 18, 2019, GOMEZ applied for, and obtained, a United States passport. In the application, GOMEZ stated that he was a U.S. citizen. In connection with his application, GOMEZ provided the same false and fraudulent California birth certificate and his Idaho state identification card.

9. In or about May and June 2020, GOMEZ, along with Individual-1, applied for Medicaid benefits for GOMEZ. As part of that application, GOMEZ and Individual-1, claimed GOMEZ was a United States citizen.

10. IDHW approved GOMEZ's application, and he received Medicaid benefits from in or about September 2020 through in or about June 2026.

11. In or about June 2023, June 2024, June 2025, and June 2026, IDHW completed Medicaid reevaluation wherein GOMEZ falsely represented he was a United States citizen.

***Executions of the Scheme***

12. On or about the dates set forth below, in the District of Idaho and elsewhere, the Defendant, FREDY AVILA GOMEZ, for the purpose of executing the scheme to defraud described above, used, and caused to be used, interstate wire communications to carry out and attempt to carry out an essential part of the scheme; that is, Medicaid payments to medical providers for services provided to GOMEZ, as more particularly described for each count below:

| **Count** | **Date (on or about)** | **Description of the Wire** |
|---|---|---|
| 1 | 2/2/2026 | Reimbursement paid to medical provider |
| 2 | 6/8/2026 | Reimbursement paid to medical provider |
| 3 | 6/25/2026 | Reimbursement paid to medical provider |

All in violation of Title 18, United States Code, Section 1343.

**COUNT FOUR**
**Theft of Government Funds**
**18 U.S.C. § 641**

13. From in or about September 2020 up to and including in or about June 2026, in the District of Idaho and elsewhere, the Defendant, FREDY AVILA GOMEZ, on a recurring basis, did knowingly steal, purloin, and convert to his own use and the use of another, money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, to wit: Medicaid benefits paid for GOMEZ's benefit, with the intent to deprive the United States of the use and benefit of the money, in violation of Title 18, United States Code, Section 641.

**COUNT FIVE**
**False Statements of Citizenship in Order to Vote**
**18 U.S.C. § 1015(f)**

14. On or about May 17, 2022, in the District of Idaho, the Defendant, FREDY AVILA GOMEZ, knowingly and falsely claimed to be a citizen of the United States in order to register to vote and to vote in a Federal, State, and local election, including any initiative, recall, and referendum, in violation of Title 18, United States Code, Section 1015(f).

**COUNT SIX**
**Voting by Alien**
**18 U.S.C. § 611**

15. On or about May 17, 2022, in Elmore County, in the District of Idaho, the Defendant, FREDYAVILA GOMEZ, an alien, knowingly voted in an election held in part for the purpose of electing candidates for federal office, namely the United States Senate and United States House of Representatives, in violation of Title 18, United States Code, Section 611.

**COUNT SEVEN**
**Voting by Alien**
**18 U.S.C. § 611**

16. On or about November 5, 2024, in Elmore County, in the District of Idaho, the Defendant, FREDY AVILA GOMEZ, an alien, knowingly voted in a general election held in part for the purpose of electing candidates for federal office, including the President and Vice President of the United States and the United States House of Representatives, in violation of Title 18, United States Code, Section 611.

**COUNT EIGHT**
**False Statement in Application of Passport**
**18 U.S.C. § 1542**

17. On or about October 18, 2019, in the District of Idaho and elsewhere, the Defendant, FREDY AVILA GOMEZ, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States; to wit, GOMEZ represented himself to be a United Staes citizen when, in fact, he is not, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

**COUNT NINE**
**Fraud in Connection with Identification Documents—Production**
**18 U.S.C. §§ 1028(a)(1) and 2**

18. On or about November 8, 2023, in the District of Idaho and elsewhere, the Defendant, FREDY AVILA GOMEZ, did knowingly and without lawful authority produce an identification document and false identification document, to wit, an Idaho state identification card in the name of the Defendant after falsely representing himself to be a United States citizen

and/or national when, in fact, he is not, which was in and affected interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1028(a)(1) and 2.

**COUNT TEN**
**False Statement During Purchase of a Firearm**
**18 U.S.C. § 922(a)(6)**

19. On or about February 11, 2026, in the District of Idaho, the Defendant, FREDY AVILA GOMEZ, in connection with the acquisition and attempted acquisition of a firearm; that, is, a Springfield Armory, Ronin, 9mm pistol, Serial No. LW199398, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale and acquisition of the said firearm to GOMEZ under Chapter 44 of Title 18, in that GOMEZ represented himself to be a United States citizen when, in fact, he is not and represented that he is not illegally or unlawfully in the United States when, in fact, he is; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT ELEVEN**
**Unlawful Possession of a Firearm**
**18 U.S.C. § 922(g)(5)**

20. On or about February 11 and 12, 2026, the Defendant, FREDY AVILA GOMEZ, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm; that is, a Springfield Armory, Ronin, 9mm pistol, Serial No. LW199398, said firearm having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5).

**CRIMINAL FORFEITURE ALLEGATIONS**
**Fraud Forfeiture**
**18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 981(a)(6)(a), 18 U.S.C. § 982(a), 18 U.S.C. § 1028(b), and 28 U.S.C. § 2461(c)**

1. Upon conviction of the offenses alleged in Counts One through Four and Eight through Nine, the Defendant, FREDY AVILA GOMEZ, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

2. Unrecovered Cash Proceeds and/or Facilitating Property. The Defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable. The defendant obtained and controlled at least $51,552.33 in unrecovered forfeitable property.

3. Property Referenced in Title 18 U.S.C. § 1028. Any false documents, document making implements, other property used, or intended to be used, to commit the offense, as referenced in 18 U.S.C. § 1028.

4. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the Defendant" up to the value of the Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or mor of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 10th day of September 2026.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

SEAN M. MAZOROL
DARCI W. CRANE
Assistant United States Attorneys